**No. 56593.**—Paul A. Teegarden *v.* United States, protest 158712–K (Los Angeles)

Opinion by LAWRENCE, J.    The protest was dismissed.

**No. 56594.**—Millard A. Ring *v.* United States, protest 171397–K (A) (Detroit)

Opinion by LAWRENCE, J.    The protest was dismissed.

**No. 56595.**—Oscar Leistner, Inc. *v.* United States, protest 60684–K (Los Angeles).

Opinion by RAO, J.    The protest was dismissed.

**No. 56596.** — Horrocks-Ibbotson Co. *v.* United States, protest 158656–K (Rochester).

Opinion by RAO, J.    The protest was dismissed.

**No. 56597.**—American Import Co. et al. *v.* United States, protests 597695–G, etc. (San Francisco).

Opinion by FORD, J.    In accordance with stipulation of counsel that certain items of the merchandise consist of "imitation gut" similar in all material respects to the merchandise the subject of *Geo. S. Bush & Co., Inc.* v. *United States* (34 C. C. P. A. 17, C. A. D. 338), the claim of the plaintiffs was sustained.

**No. 56598.**—Samuel S. Perry *v.* United States, protests 737978–G, etc. (San Francisco)..

Opinion by FORD, J.    The protests were dismissed.

**No. 56599.**—The American Import Co. et al. *v.* United States, protests 69112–K (B), etc. (San Francisco).

Opinion by FORD, J.    The protests were dismissed.

**No. 56600.**—Paul S. Linforth *v.* United States, protest 73424–K (San Francisco).

Opinion by FORD, J.    The protest was dismissed.

BEFORE THE THIRD DIVISION, APRIL 29, 1952

**No. 56601.**—La Manna Azema & Farnan *v.* United States, protests 525537–G, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of grenadine the same in all material respects as that the subject of *La Manna, Azema & Farnan, Inc.* v. *United States* (39 C. C. P. A. 44, C. A. D. 461), the claim of the plaintiff was sustained.

**No. 56602.**—Schenley Import Corp. et al. *v.* United States, protests 870530–G, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of grenadine the same in all material respects as that the subject of *La Manna, Azema & Farnan, Inc.* v. *United States* (39 C. C. P. A. 44, C. A. D. 461), the claim of the plaintiffs was sustained.

**No. 56603.**—Capitol Distributors Corp. et al. *v.* United States, protests 7121–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of grenadine the same in all material respects as that the subject of *La Manna, Azema & Farnan, Inc.* v. *United States* (39 C. C. P. A. 44, C. A. D. 461), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, MAY 1, 1952

**No. 56604.**—Chong Kee Jan & Co. et al. *v.* United States, protests 974455–G, etc. (San Francisco).

Opinion by COLE, J. The protests were dismissed.

**No. 56605.**—Hing Wah Tai & Co. et al. *v.* United States, protests 30081–K, etc. (San Francisco).

Opinion by COLE, J. The protests were dismissed.

**No. 56606.**—Morris P. Kirk & Son, Inc. *v.* United States, protest 164604–K (A) (Los Angeles).

Opinion by COLE, J. The protest was dismissed.

**No. 56607.**—F. W. Myers & Co., Inc. *v.* United States, protest 171566–K (Ogdensburg).

Opinion by COLE, J. The protest was dismissed.